CAROLYN RULE, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. C & M ELECTRICAL CONTRACTING CO., DEFENDANT-PETITIONER, AND JOSEPH C. VALENTI, DEFENDANT-RESPONDENT.

*Messrs. Roberts, Pillsbury & Carton* for the petitioner.

*Messrs. Seaman & Williams* for the plaintiffs-respondents.

*Mr. Edward E. Kuebler* for the defendant-respondent.

February 12, 1962.  Denied.

MINNA A. MERCNER, PLAINTIFF-RESPONDENT, v. GRACE N. FAY, DEFENDANT-PETITIONER.

*Mr. H. Frank Pettit* for the petitioner.

*Messrs. Sauer & Boyle* and *Mr. Daniel J. Russell* for the respondent.

September 17, 1962.  Denied.